**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CHARLES BATTLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:11-cv-0043** |
| | ) | **Judge Sharp** |
| **STATE OF TENNESSEE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On October 11, 2012, the Court entered an Order accepting in part and setting aside in part the Magistrate Judge's Report and Recommendation (Docket No. 94), dismissing all of Plaintiff Charles Battle's claims in the above-styled matter. (Docket No. 107). Accordingly, the Clerk is directed to enter Judgment in a separate document in accordance with Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE